**Order entered October 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01077-CV
### No. 05-18-01078-CV

### IN RE HOWARD HOLLAND, Relator

### Original Proceeding from the 422nd Judicial District Court
### Kaufman County, Texas
### Trial Court Cause Nos. 31608-422 and 31609-422

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's September 17, 2018 petition for writ of mandamus.


/s/     BILL WHITEHILL
         JUSTICE